**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 24, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Stephen E Mahoney<br>   Jennifer L Mahoney<br><br>                         Debtors | CASE NO: 16-31449<br>    (Chapter 13)<br><br>JUDGE GUY R HUMPHREY |

AGREED ORDER RESOLVING MOTION TO DISMISS (Doc. 55) and ORDERING OTHER MATTERS

This matter is scheduled for hearing on October 19, 2017 upon the Chapter 13 Trustee's Motion to Dismiss for Material Default (Doc. 55) and Debtors' Response (Doc. 57), filed September 19, 2017, and upon agreement of the parties,

IT IS ORDERED:

1)   Chapter 13 Trustee's Motion to Dismiss for Material Default is hereby resolved;

2)   the plan payment shall be increased to $2,235.00 per month.

IT IS SO ORDERED.

Approved By:

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600  Fax (937)222-7383
email to: chapter13@dayton13.com

/s/ ANDREW J ZEIGLER

ANDREW J ZEIGLER  #0081417
ATTORNEY FOR DEBTORS
KENNEL ZEIGLER LLC
1340 WOODMAN DRIVE
DAYTON, OH  45432
(937) 252-2030  FAX (937) 252-9425
email: andrew@kzlawohio.com

**Copies To:**
   All Filing Parties .